**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7620**

RAYMOND D. HURT,

            Plaintiff - Appellant,

      v.

GREG FLURY, PA employed at NBCI; DR. OTTEY; JANICE GILMORE,
Director of Nursing; DR. MERREL, former employee of NBCI;
LIEUTENANT WILT, ARP Coordinator NBCI; BOBBY P. SHEARIN,
Warden of NBCI; DOCTOR SCHELLHASE; KELLY, Rounds Nurse of
NBCI,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District
Judge.  (8:13-cv-00747-DKC)

Submitted:  March 31, 2014            Decided:  April 3, 2014

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond D. Hurt, Appellant Pro Se.  Gina Marie Smith, MEYERS,
RODBELL & ROSENBAUM, PA, Riverdale, Maryland; Rex Schultz
Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland; Ronald McGlenn Cherry, BONNER KIERNAN TREBACH &
CROCIATA LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond D. Hurt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurt v. Flury, No. 8:13-cv-00747-DKC (D. Md. Sept. 20, 2013). We deny his motion at appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED